**Opinion issued August 13, 2015**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-15-00632-CV**

**NO. 01-15-00633-CV**

_____

**IN RE D.B., Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**[1]

---

## MEMORANDUM OPINION

Relator, De'Jean Bivens, has filed a petition for writ of mandamus, challenging the trial court's order granting certification to try relator as an adult.

We **deny** the petition for writ of mandamus. _See_ TEX. CODE CRIM. PROC. ANN. art. 44.47(b) (West 2006).[2] All pending motions are denied.

---

[1] The respondent is the Honorable Glenn Devlin of the 313th District Court of Harris County. The underlying suit is _In the Matter of De'Jean Bivens_, Nos. 2014-06438J & 2014-06439J (313th Dist. Ct., Harris County, Tex).

**PER CURIAM**

Panel consists of Justices Jennings, Massengale, and Brown.

---

[2] The Legislature repealed section 44.47, effective September 1, 2015, but stated that "[a]n order waiving jurisdiction and transferring a child to criminal court that is issued before the effective date of this Act is governed by the law in effect on the date the order was issued." *See* Act of May 13, 2015, 84th Leg., R.S., S.B. 888, § 5 (to be codified as an amendment to TEX. FAM. CODE ANN. § 56.01). Because the trial court's order issued before September 1, 2015, article 44.47 applies.